# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-00055-CG |
| | ) | |
| EVANDER TYRELL EDDIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on April 19, 2019 (Doc. 18) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts 1 & 2 of the Indictment is now accepted, and the Defendant is **ADJUDGED** guilty of the offenses of possession with intent and distribution of a controlled substance in violation of Title 21, U.S.C., Section 841(a)(1) as charged in Count 1; and possession of a firearm by a prohibited person (felon) in violation of Title 18, U.S.C., Section 922(g)(1) as charged in Count 2. A sentencing hearing has been scheduled for July 24, 2019 at 10:00 a.m., to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

The United States Marshal is **ORDERED** to produce the Defendant for said hearing.

**DONE and ORDERED** this 6th day of May, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE